

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2015

No. 04-14-00222-CR

Jacob Cory **GONZALES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR8528A
Honorable Pat Priest, Judge Presiding

## O R D E R

Appellant has filed a fourth motion for extension of time to file his brief, asking for an additional twenty-one days. If we grant this extension, appellant will have been given an additional ninety days to file his brief from the original due date. We **GRANT** appellant's motion and **ORDER** him to file his brief on or before February 6, 2015. Appellant is advised that **NO FURTHER EXTENSIONS OF TIME TO FILE THE BRIEF WILL BE GRANTED WITHOUT WRITTEN PROOF OF EXTRAORDINARY CIRCUMSTANCES**. We understand part of the problem is a missing exhibit – a DVD. The court reporter should have maintained control of the DVD if it is an exhibit and is part of the appellate record. The reporter should take all steps necessary to obtain the DVD and supplement the reporter's record in this court as soon as possible.

We **order** the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the trial court.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court